IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
| ) | |
| ALBRANDT, SHAWN DEAN ) | |
| ALBRANDT, TONYA LYNNE ) | |
| ) | Case No. 09-20473 |
| ) | Chapter 7 |
| Debtor(s). ) | |

FILED IN THE
US BANKRUPTCY COURT

2011 OCT 19 PM 1:09

TIM J. ELLIS

BY_____

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid and a stop payment has been placed on the remaining unpaid check and reissued to the United States Bankruptcy Court in the amount of $ 25.49.

2. That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| **Name** | **Address** | **Amount** |
|---|---|---|
| Spriggs Urethane, Inc | 1693 North Smith Rd.<br>Riverton, WY 82501 | $25.49 |

3. That the Trustee's check for $ 25.49 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 17TH day of October 2011.

/s/ Gary A. Barney
Gary A. Barney, Trustee